UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) |
| | ) Bankr. Case No.: 10-21211 FJB |
| FELIX P. LUGO, | ) |
| | ) Chapter 7 |
| Debtor. | ) |
| | ) |
| WESTERN UNION FINANCIAL | ) Adv. Proc. No.: 12-01263 |
| SERVICES, INC., successor in interest to | ) |
| VIGO REMITTANCE | ) |
| CORPORATION, | ) |
| | ) |
| Plaintiff/Counter-Defendant, | ) |
| | ) |
| v. | ) |
| | ) |
| FELIX P. LUGO, | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFF'S PRE-TRIAL STATEMENT**

COMES NOW, pursuant to the Court's Pre-Trial Order, the Plaintiff, Western Union Financial Services, Inc., successor in interest to Vigo Remittance Corp. ("Western Union" and "Plaintiff"), and respectfully submits the following Pre-Trial Statement. Plaintiff made attempts to jointly submit a Pre-Trial Statement with Defendant, but Defendant would not cooperate with Plaintiff.

I.   Narrative statement of the controversy:

A.   **Western Union Financial Services, Inc.**

Western Union alleges Defendant misappropriated the trust funds that belonged to it by using those funds for personal or other purposes. The amount that belongs to Western Union is in excess of $24,621.20, plus interest and attorney's fees per the Agency

Agreement. Because of the misappropriation of Plaintiff's money by the Defendant, Plaintiff contends it is entitled to a non-dischargeable judgment against the Defendant.

Further, Western Union disputes the contentions made by Defendant in his Counterclaim, and puts the Defendant to his proofs.

II.     <u>The following facts are admitted and require no proof</u>:

**A.     General facts**:

No facts are admitted as Defendant has not cooperated with Plaintiff in this matter.

**B.     Facts specific to Western Union**:

1.    The Defendant is indebted to Western Union pursuant to the applicable terms of the Agency Agreement and as a result of Defendant's misappropriation of Plaintiff's money for his own use.

2.    There is a balance due and owing under the Agency Agreement in the amount of $24,610.10, plus interest and fees.

3.    The Defendant is not willing to negotiate the terms of his debt to Western Union in order to repay some or all of his debt.

III.    <u>The following issues of fact, and no others, remain to be litigated</u>:

Whether the Defendant misappropriated $24,610.20 from Western Union.

IV.    <u>The following issues of law, and no others, remain to be litigated</u>:

None

V.    <u>Attached is a list of exhibits intended to be offered by Plaintiff. No other exhibits, other than exhibits to be used for impeachment only, will be offered into evidence.</u>

Attached hereto, please find Western Union's List of Exhibits.

VI.    <u>Plaintiff has exchanged the following list of witnesses to be called at trial. No other witnesses will be called except for impeachment or rebuttal purposes and</u>

<u>only if the need for such testimony could not have been reasonably anticipated by the offering party</u>.

Attached hereto, please find Plaintiff's List of Witnesses to be called at trial.

VII.  <u>Other matters that might affect the trial (if any)</u>: None.

VIII. <u>All discovery to be conducted has been completed</u>.

IX.   <u>The parties are ready for trial</u>.

X.    <u>The trial is now estimated to take</u>:  1 day.

XI.   The foregoing admissions have been made by the parties, and the parties have specified the foregoing issues of fact and law remaining to be litigated. Therefore, this PTS shall supersede the pleadings and govern the course of the trial of this cause.

Dated:  April 30, 2013

        Respectfully Submitted:

        PLAINTIFF

    By: /s/ <u>Walter J. Onacewicz</u>
      Walter J. Onacewicz
      BBO 662159
      NAIR & LEVIN, P.C.
      707 Bloomfield Avenue
      Bloomfield, CT 06002
      Telephone: (860) 692-3164
      Facsimile: (860) 242-2980
      E-mail: wonacewicz@nairlevin.com
      Counsel for Western Union

CERTIFICATION OF SERVICE

I hereby certify that copies of the foregoing were sent by first class mail, postage prepaid or electronically on April 30, 2013 to the following:

Felix P Lugo
33 Bow Street
Apt. 406
Somerville, MA 02143

**John Fitzgerald**
Office of the US Trustee
J.W. McCormack Post Office & Courthouse
5 Post Office Sq., 10th Fl, Suite 1000
Boston, MA 02109

/S/ Walter J. Onacewicz
_____
Walter J. Onacewicz, Esquire

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Bankr. Case No.: 10-21211 FJB |
| FELIX P. LUGO, ) | |
| ) | Chapter 7 |
| Debtor. ) | |
| ) | |
| ) | |
| WESTERN UNION FINANCIAL ) | Adv. Proc. No.: 12-01263 |
| SERVICES, INC., successor in interest to ) | |
| VIGO REMITTANCE ) | |
| CORPORATION, ) | |
| ) | |
| Plaintiff/Counter-Defendant, ) | |
| ) | |
| v. ) | |
| ) | |
| FELIX P. LUGO, ) | |
| ) | |
| Defendant. ) | |

## PLAINTIFF'S LIST OF WITNESSES FOR TRIAL

1. The Defendant, Felix Lugo, 33 Bow Street, apt. 406, Sommerville, MA 02143.

2. Geovanni Barquero or other employee/representative from Western Union Financial Services, Inc., who will testify regarding Defendant's account, 12500 East Belford Ave., Englewood, CO 80112.

3. Plaintiff reserves the right to call and examine any witness called by any other part at Trial.

Respectfully submitted,

/S/ Walter J. Onacewicz

Walter J. Onacewicz, Esquire
BBO 662159
Nair & Levin, P.C.
707 Bloomfield Avenue
Bloomfield, CT 06002

Telephone: (860) 242-7585
Facsimile: (860) 242-2980
wonacewicz@nairlevin.com

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>FELIX P. LUGO,<br><br>      Debtor.<br>_____<br><br>WESTERN UNION FINANCIAL<br>SERVICES, INC., successor in interest to<br>VIGO REMITTANCE<br>CORPORATION,<br><br>      Plaintiff/Counter-Defendant,<br><br>v.<br><br>FELIX P. LUGO,<br><br>      Defendant.<br>_____ | Bankr. Case No.: 10-21211 FJB<br><br>Chapter 7<br><br><br><br><br>Adv. Proc. No.: 12-01263 |

## EXHIBIT LIST

**PARTY'S NAME:** <u>**WESTERN UNION FINANCIAL SERVICES, INC.**</u>

| Exhibit No. | Description | ** FOR COURT USE ONLY** | | | | |
|---|---|---|---|---|---|---|
| | | Marked | Offered | Objection | Admitted | Date |
| 1. | Agent/Application Agreement | | | | | |
| 2. | Agency Agreement | | | | | |
| 3. | Default correspondence dated August 17, 2011 from Plaintiff to Defendant | | | | | |
| 4. | Agent's Statement/Reconciliation Statement | | | | | |
| 5. | Plaintiff's Complaint and Defendant's Answer. | | | | | |

| 6. | Any necessary rebuttal exhibits | | | | | |
|----|----|----|----|----|----|----|

Respectfully submitted,

/S/ Walter J. Onacewicz

---

Walter J. Onacewicz, Esquire
BBO 662159
Nair & Levin, P.C.
707 Bloomfield Avenue
Bloomfield, CT 06002
Telephone: (860) 242-7585
Facsimile: (860) 242-2980
wonacewicz@nairlevin.com